# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH   CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 2 – 2001

MARKUS B. ZIMMER, CLERK

BY _____ DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff(s),** | **Case No. B01-27 M** |
| **vs.** | |
| **James Young** | **ORDER APPOINTING COUNSEL** |
| **Defendant(s).** | |

The defendant, **James Young** requested the appointment of counsel on **02/02/01**, and at that time the court determined the defendant qualified for the appointment of counsel under 18 USC § 3006A.

Therefore,

   **IT IS HEREBY ORDERED** the Federal Public Defender, for the District of Utah, is appointed to represent the above named defendant in this matter.

**DATED** this _21_ day of February, 2001.

BY THE COURT:

_____

Ronald N. Boyce
United States Magistrate Judge

*Wendy Lewis*

tl

United States District Court
for the
District of Utah
February 5, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:01-m -00027



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


        Jason Paul Perry, Esq.
        UTAH ATTORNEY GENERAL'S OFFICE
        236 STATE CAPITOL
        SALT LAKE CITY, UT  84114

        Michele M. Christiansen, Esq.
        US ATTORNEY'S OFFICE
        ,
        JFAX 9,5245985

        Mr. Richard G MacDougall, Esq.
        UTAH FEDERAL DEFENDER OFFICE
        46 W BROADWAY STE 110
        SALT LAKE CITY, UT  84101
        JFAX 9,5244023

        USMS
        DISTRICT OF UTAH
        ,
        JFAX 9,5244048

        US Probation
        DISTRICT OF UTAH
        ,
        JFAX 9,5261136