# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| Plaintiff, | : | |
| | : | 2:01-27-M |
| JAMES YOUNG | : | |
| Defendant | : | |
| | : | |

For the purpose of assisting the Court, psychological information is necessary to obtain an assessment of the defendant's current mental status.

IT IS ORDERED that the defendant submit to a *psychosexual evaluation* before a qualified practitioner, in order to provide further information to the Court.

IT IS FURTHER ORDERED that the United States Pretrial Services Agency, pursuant to 18 USC § 3154(4), (7), and (12), pay all reasonable and necessary expenses from funds allocated for such purposes.

DATED this 5th day of February 2001.

BY THE COURT:

Ronald N. Boyce
United States Magistrate Judge

9

tl

United States District Court
for the
District of Utah
February 6, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-m -00027



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


    Jason Paul Perry, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    236 STATE CAPITOL
    SALT LAKE CITY, UT   84114

    Michele M. Christiansen, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5245985

    Mr. Richard G MacDougall, Esq.
    UTAH FEDERAL DEFENDER OFFICE
    46 W BROADWAY STE 110
    SALT LAKE CITY, UT   84101
    JFAX 9,5244023

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136